FILED

07/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0130

_____

IVAN W. TROYER, JR. AND A. DIANE
TROYER, husband and wife,

Plaintiffs and Appellants,

v.

MARYLAND CASUALTY COMPANY,
a Maryland Corporation;                                          O R D E R

Defendant and Appellant.

ROBINSON INSULATION COMPANY, a
Montana Corporation for profit; GROGAN
ROBINSON LUMBER COMPANY, a Montana
Corporation for profit; and DOES A-Z,

Defendants.

_____

On May 31, 2022, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 5 2022